No. 84–5929. BALICH v. STANLEY, 469 U. S. 1222. Motion for leave to file petition for rehearing denied.